IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Franco Ballesteros,<br><br>          Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>          Respondents. | )<br>)<br>) CIV 06-675-PHX-EHC (MEA)<br>)<br>) **O R D E R**<br>)<br>)<br>)<br>)<br>) |

On March 8, 2006, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Dkt. 1). A Response/Answer was filed September 5, 2006 (Dkt. 9) with Exhibits filed September 6, 2006. (Dkt. 10). On November 16, 2006, Petitioner filed a Traverse/ Reply. (Dkt. 13). Magistrate Judge Mark E. Aspey issued a Report and Recommendation on November 29, 2006. (Dkt. 14). Petitioner timely filed Objections (Dkt. 16) to the Magistrate's Report and Recommendation on January 25, 2007. (Dkt. 17).

**STANDARD OF REVIEW**

A district court judge reviews *de novo* the Report and Recommendation of a Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C).

## **DISCUSSION**

The Court having reviewed the record *de novo*, including the Objections filed by Petitioner, adopts in full the Report and Recommendation of the Magistrate Judge and incorporates the same as a part of this Order.

Accordingly,

**IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus. (Dkt. 1).

**IT IS FURTHER ORDERED** adopting the Report and Recommendation of the Magistrate Judge. (Dkt. 14).

DATED this 26th day of February, 2007.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge